# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 TERRENCE CAMPBELL,
D-2 ROBERT GORMAN, and
D-3 NADINE HAMPTON,

                Defendants.

Case: **2:25-cr-20831**
Assigned To : **Grey, Jonathan J.C.**
Referral Judge: **Altman, Kimberly G.**
Assign. Date : **11/6/2025**
**USA V. CAMPBELL, ET AL. (CMC)**

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

---

## Indictment

The Grand Jury charges that:

## Count One
### Conspiracy to Possess with Intent to Distribute Cocaine
### 21 U.S.C. §§ 846 & 841(a)(1)

D-1 TERRENCE CAMPBELL
D-2 ROBERT GORMAN

From in or around January 2024, through on or about May 14, 2025, in the Eastern District of Michigan, and elsewhere, the defendants, TERRENCE CAMPBELL and ROBERT GORMAN, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

1

With respect to the defendant, TERRENCE CAMPBELL, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

The defendant, TERRENCE CAMPBELL, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

With respect to the defendant, ROBERT GORMAN, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

2

## Count Two
## Possession of Cocaine with Intent to Distribute
## 21 U.S.C. § 841(a)(1)

D-1 TERRENCE CAMPBELL

On or about May 8, 2025, in the Eastern District of Michigan, the defendant,

TERRENCE CAMPBELL, knowingly and intentionally possessed with intent to

distribute a controlled substance, that is, five kilograms or more of a mixture and

substance containing a detectable amount of cocaine, in violation of Title 21,

United States Code, Section 841(b)(1)(A)(ii)(II).

The defendant, TERRENCE CAMPBELL, having a prior conviction for a

serious drug felony for which he served a term of imprisonment of more than

twelve months, and having been released from any term of imprisonment within

fifteen years of the commencement of the instant offense, is subject to increased

penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

## Count Three
## Possession of Cocaine with Intent to Distribute
## 21 U.S.C. § 841(a)(1)

D-1 TERRENCE CAMPBELL
D-2 ROBERT GORMAN

On or about May 8, 2025, in the Eastern District of Michigan, the

defendants, TERRENCE CAMPBELL and ROBERT GORMAN, knowingly and

intentionally distributed a controlled substance, that is, five kilograms or more of a

mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

The defendant, TERRENCE CAMPBELL, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

### Count Four
**Possession of Fentanyl with Intent to Distribute**
**21 U.S.C. § 841(a)(1)**

D-2 ROBERT GORMAN

On or about May 8, 2025, in the Eastern District of Michigan, the defendant, ROBERT GORMAN, knowingly and intentionally distributed a controlled substance, that is, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

**Count Five**
**Possession of Cocaine with Intent to Distribute**
**21 U.S.C. § 841(a)(1)**

D-1 TERRENCE CAMPBELL
D-3 NADINE HAMPTON

On or about May 14, 2025, in the Eastern District of Michigan, the

defendants, TERRENCE CAMPBELL and NADINE HAMPTON, knowingly and

intentionally possessed with intent to distribute a controlled substance, that is, five

kilograms or more of a mixture and substance containing a detectable amount of

cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

The defendant, TERRENCE CAMPBELL, having a prior conviction for a

serious drug felony for which he served a term of imprisonment of more than

twelve months, and having been released from any term of imprisonment within

fifteen years of the commencement of the instant offense, is subject to increased

penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

**Forfeiture Allegations**

The allegations contained in Counts One through Five of this Indictment are

hereby realleged and incorporated by reference for the purpose of alleging

forfeiture under Title 18, United States Code, Section 924(d) together with Title

5

28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841, 846 the defendants, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

6

the United States of America shall be entitled to forfeiture of substitute property

under Title 21, United States Code, Section 853(p), as incorporated by Title 28,

United States Code, Section 2461(c).

**This is a True Bill.**


s/Grand Jury Foreperson

Jerome F. Gorgon, Jr.
United States Attorney


s/Thomas Franzinger
Tom Franzinger
Chief, Organized Crime Unit


s/Andrea Hutting
Andrea Hutting
Assistant United States Attorney


s/Sarah Youngblood
Sarah Youngblood
Assistant United States Attorney

Dated: November 6, 2025

7

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case: **2:25−cr−20831**<br>Assigned To : **Grey, Jonathan J.C.**<br>Referral Judge: **Altman, Kimberly G.** |
|---|---|---|

Assign. Date : **11/6/2025**
**USA V. CAMPBELL, ET AL. (CMC)**

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| **Companion Case Information** | Companion Case Number: 25-20320 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Murphy |
| ☒Yes        ☒No | AUSA's Initials: AU |

**Case Title:** USA v.  TERRENCE CAMPBELL, et al.

**County where offense occurred :** WAYNE

**Check One:**        ☒**Felony**        ☐**Misdemeanor**        ☐**Petty**

____Indictment/____Information --- **no prior complaint.**
✓ Indictment/____Information --- **based upon prior complaint** [**Case number:** 25-MJ-30298        ]
____Indictment/____Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐Corrects errors; no additional charges or defendants.
☐Involves, for plea purposes, different charges or adds counts.
☐Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 6, 2025
Date

ANDREA HUTTING
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9110
Fax:
E-Mail address: andrea.hutting@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.